**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Felipe ARELLANO, Defendant–
Appellant.**

**No. 14–40254
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 11, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

Randall Barrera, Esq., Law Office of Randall Barrera, Corpus Christi, TX, for Defendant–Appellant.

Felipe Arellano, Forrest City, AR, pro se.

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Felipe Arellano has moved for leave to withdraw and has filed a brief and supplemental brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Arellano has not filed a response. We have reviewed counsel's brief and the relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.